UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | CRIMINAL ACTION NO. 20-65 |
| v. | § | |
| | § | SECTION: "L" |
| ASHTON J. RYAN JR. | § | JUDGE FALLON |
| WILLIAM J. BURNELL | § | |
| ROBERT CALLOWAY | § | MAGISTRATE (4) |
| FRANK J. ADOLPH | § | MAGISTRATE JUDGE ROBY |
| FRED V. BEEBE, | § | |
| | § | |
| Defendants. | § | |

## MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Defendant, Robert B. Calloway, who respectfully requests that Michelle S. Stratton (Louisiana Bar Roll No. 32684) of the law firm of Smyser Kaplan & Veselka, L.L.P., be enrolled as counsel for Defendant in the above-captioned matter.

DATED:  May 17, 2022

Respectfully Submitted,

**SMYSER KAPLAN & VESELKA, L.L.P.**

 /s/ Michelle S. Stratton
Michelle S. Stratton
Louisiana Bar No. 32684
717 Texas Street, Suite 2800
Houston, Texas 77002
Phone: (713) 221-2300
Fax: (713) 221-2320
mstratton@skv.com

**ATTORNEY FOR DEFENDANT
ROBERT B. CALLOWAY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on May 17, 2022, upon all attorneys of record via the Court's CM/ECF system.

 /s/ Michelle S. Stratton
Michelle S. Stratton

1203900.1