UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO. 20-65 |
| v. | * | SECTION: "L"(4) |
| **ASHTON J. RYAN, JR.** | * | |
| **WILLIAM J. BURNELL** | | |
| **ROBERT B. CALLOWAY** | * | |
| **FRANK J. ADOLPH** | | |
| **FRED V. BEEBE** | * | |

\* \* \*

### GOVERNMENT'S MOTION AND INCORPORATED MEMORANDUM TO WITHDRAW COUNSEL OF RECORD

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney, and respectfully requests that Assistant United States Attorney K. Paige O'Hale be withdrawn as counsel of record in the above-captioned matter.

Assistant United States Attorney K. Paige O'Hale has departed the United States Attorney's Office for the Eastern District of Louisiana.

WHEREFORE, the government requests that K. Paige O'Hale be withdrawn as counsel of record for the government in this case.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

*/s/ Matthew R. Payne*
MATTHEW R. PAYNE
Assistant United States Attorney
Louisiana Bar Roll No. 32631
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3081
Email: matthew.payne@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 26, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                        */s/ Matthew R. Payne*
                                        MATTHEW R. PAYNE
                                        Assistant United States Attorney