UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 20-65** |
| v. | * | **SECTION: "L"(4)** |
| **ASHTON J. RYAN, JR.** | * | |
| **WILLIAM J. BURNELL** | | |
| **ROBERT B. CALLOWAY** | * | |
| **FRANK J. ADOLPH** | | |
| **FRED V. BEEBE** | * | |
| | * * * | |

**O R D E R**

Considering the foregoing Government's Motion to Withdraw K. Paige O'Hale as Counsel of Record;

**IT IS ORDERED** that K. Paige O'Hale be and is hereby withdrawn as counsel for the United States of America in the above-captioned matter.

New Orleans, Louisiana, this 28th day of July, 2022.

HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE